No. 642. WILLIAM SPAUGH, JR., APPELLANT, *v.* H. L. FITTS, SHERIFF, ETC. Appeal from the District Court of the United States for the Eastern District of Missouri. Argued for appellee and submitted for appellant April 23, 1907. Decided April 29, 1907. *Per Curiam.* Final order affirmed with costs. *Valentina* v. *Mercer,* 201 U. S. 131; *Felts* v. *Murphy,* 201 U. S. 123; *Urquhart* v. *Brown,* 205 U. S. 179; *In re Eckart,* 166 U. S. 481, 483; *Tinsley* v. *Anderson,* 171 U. S. 101, 105; *Craemer* v. *Washington,* 168 U. S. 124; *Ex parte Harding,* 120 U. S. 782. *Mr. Charles F. Wilson* for appellant. *Mr. Herbert S. Hadley* and *Mr. North T. Gentry* for appellee.

---

No. 412. WHITE STAR MINING COMPANY, PLAINTIFF IN ERROR, *v.* NELS O. HULTBERG ET AL.; No. 647. CLAES W. JOHNSON, PLAINTIFF IN ERROR, *v.* WHITE STAR MINING COMPANY OF ILLINOIS ET AL.; and No. 648. PETER H. ANDERSON, PLAINTIFF IN ERROR, *v.* WHITE STAR MINING COMPANY OF ILLINOIS ET AL. In error to the Supreme Court of the State of Illinois. Motion to dismiss submitted April 22, 1907. Decided April 29, 1907. *Per Curiam.* Dismissed for the want of jurisdiction. *Sayward* v. *Denny,* 158 U. S. 180; *San Francisco* v. *Scott,* 111 U. S. 769; *Delmas* v. *Insurance Company,* 14 Wall. 661; *Erie Railroad Company* v. *Purdy,* 185 U. S. 148; *Oxley Stave Company* v. *Butler County,* 166 U. S. 648. Case below, 220 Illinois, 578. *Mr. Harris F. Williams, Mr. Frederick S. Winston, Mr. John Barton Payne* and *Mr. Silas H. Strawn* in support of motion to dismiss. *Mr. Charles H. Hamill* and *Mr. Carl R. Chindblom* in opposition thereto.

---

*Decisions on Petitions for Writs of Certiorari from February 27 to April 29, 1907.*

No. 616. WILLIAM F. D. TAYLOR, PETITIONER, *v.* THE UNITED STATES. March 4, 1907. Petition for a writ of cer-

tiorari to the United States Circuit Court of Appeals for the Second Circuit granted. *Mr. Lucius H. Beers* and *Mr. William G. Choate* for petitioner.

---

No. 574. ROBERT S. BRIGHT, TRUSTEE, PETITIONER, *v.* THE FIFTH CONGREGATIONAL CHURCH OF WASHINGTON, D. C. March 4, 1907. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Heber J. May* and *Mr. S. Herbert Giesy* for petitioner. *Mr. W. C. Sullivan* for respondent.

---

No. 595. ALFRED KESSLER ET AL., PETITIONERS, *v.* THE ENSLEY LAND COMPANY ET AL. March 4, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. William A. Gunter* and *Mr. J. W. Baker* for petitioners. *Mr. John B. Knox* for respondents.

---

No. 596. JOHN STEPHENS ET AL., PETITIONERS, *v.* A. E. BRAST ET AL. March 4, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. V. B. Archer* for petitioners. *Mr. R. E. Hornor* for respondents.

---

No. 600. ST. LOUIS AND SAN FRANCISCO RAILROAD COMPANY, PETITIONER, *v.* JOHN R. McSWEAN. March 4, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Theodore Mack* and *Mr. Thomas F. West* for petitioners. No appearance for respondent.

---

No. 621. WILLIAM H. WILDER, PETITIONER, *v.* ATWELL J. BLACKFORD. March 4, 1907. Petition for a writ of certiorari